IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-76,645





DAVID LEONARD WOOD, Appellant



v.



THE STATE OF TEXAS






ON DIRECT APPEAL FROM CHAPTER 64 DNA PROCEEDINGS

FILED IN CAUSE NO. 58,486-171-2

IN THE 171ST JUDICIAL DISTRICT COURT

EL PASO COUNTY




 Per Curiam.


O P I N I O N



 This is a direct appeal of the trial court's ruling in Texas Code of Criminal Procedure
Chapter 64 DNA proceedings filed in the 171st Judicial District Court of El Paso County,
Cause No. 58,486-171-2, styled The State of Texas v. David Leonard Wood. Appellant filed
a notice of appeal in this case. However, on October 11, 2011, he filed a notice withdrawing
that notice. Accordingly, appellant's appeal is dismissed pursuant to his request. 

Do not publish

Delivered: December 14, 2011